E-FILED
Friday, 16 October, 2009  01:39:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| TINA JOHANSSON f/k/a BOWLES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | )    No. 09-3178 |
| | ) |
| LINCOLN LAND COMMUNITY COLLEGE | ) |
| and ST. JOHN'S HOSPITAL, | )    JURY DEMANDED |
| | ) |
|    Defendant. | ) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW the Plaintiff, Tina Johansson f/k/a Bowles, by her attorney, Mary Lee Leahy, and the Defendants, by their attorneys, and for their Joint Motion to Dismiss with Prejudice this cause of action state as follows:

That the claims of Plaintiff Tina Johansson f/k/a Bowles against Defendants Lincoln Land Community College and St. John's Hospital, have been resolved and settled between the parties with all parties bearing their own costs.

WHEREFORE, Tina Johansson f/k/a Bowles, Plaintiff, and Lincoln Land Community College and St. John's Hospital, Defendants, move this Court to enter an Order dismissing this cause.

Tina Johansson f/k/a Bowles                          Lincoln Land Community College


By:s/ Mary Lee Leahy_____      By:s/ Lorilea Buerkett_____
    Mary Lee Leahy, her attorney                      Lorilea Buerkett, its attorney
                                                                             BROWN, HAY & STEPHENS, LLP

St. John's Hospital


By:  s/ Kendra M. Allaband
     Kendra M. Allaband, its attorney
     DRINKER, BIDDLE & REATH, LLP

LEAHY LAW OFFICES
308 East Canedy
Springfield, IL  62703-2202
(217) 522-4411
leahylaw@ameritech.net

C:\My Docs\Fc\Bowles.JointMotionDismiss.wpd